UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR ROSALES,<br><br>         Plaintiff,<br><br>v.<br><br>PANDORA'S PIZZA, INC.,<br><br>         Defendant. | Case No.: 18-CV-2326 JLS (BLM)<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

On June 14, 2021, the Court issued an Order ("Order," ECF No. 19) ordering Plaintiff Omar Rosales to show cause why this action should not be dismissed for lack of standing and for failure to comply with the Local Rules of Practice for persons appearing without an attorney. The Court ordered Plaintiff to file a written response within thirty days and warned that "***[f]ailure to respond timely will result in dismissal for lack of standing.***" Order at 7 (emphasis in original). Although more than thirty days have elapsed since the electronic docketing of the Order, Plaintiff has failed to comply with the Order. Accordingly, the Court **DISMISSES WITH PREJUDICE** this action in its entirety for lack of standing, failure to comply with the Order, and for all the reasons set forth in the

///

Court's June 14, 2021 Order (ECF No. 19).  The Clerk of the Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated:  July 16, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge